IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA KNAPP, et al. ) | CIVIL NO. 20-00537 JAO-WRP |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID IGE, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 22, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action Without Prejudice," ECF No. 38, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawai'i, May 10, 2021.



_____
Jill A. Otake
United States District Judge